IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Thoensen,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>CACH, LLC and<br>Mandarich Law Group, LLP,<br><br>　　　　Defendants. | Case No. 8:19-00273-AG-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

　　　　Plaintiff Maria Thoensen and Defendants CACH, LLC and Mandarich Law Group, LLP having stipulated to the dismissal of this action with prejudice as a result of a settlement between Plaintiff Maria Thoensen and Defendants CACH, LLC and Mandarich Law Group, LLP, the court hereby **GRANTS** the stipulation to dismiss this action with prejudice as to Plaintiff Maria Thoensen and without prejudice as to the remaining putative class.

　　　　　　　　**IT IS SO ORDERED.**

Dated: June 12, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　United States District Judge

-1-